IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01824-WYD-KLM

LILIA E. GARCIA,

    Plaintiff,

v.

IRS, INTERNAL REVENUE SERVICE,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's multiple pending **Motions** [Docket Nos. 28, 35, 41, 42, 48, 50, 52, 60, 62, 67, 70, 71, 74, 75, 76 and 90; Filed between October 9, 2012 and December 13, 2012]. Defendants have not filed a response to any of the Motions.

    The Court recently issued a Recommendation [#124] that this action be dismissed. Accordingly,

    IT IS HEREBY **ORDERED** that in light of the Court's Recommendation [#124] that this action be dismissed, Plaintiff's Motions [## 28, 35, 41, 42, 48, 50, 52, 60, 62, 67, 70, 71, 74, 75, 76 and 90] are **DENIED AS MOOT**.

    Dated: March 24, 2013