IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-01824-WYD-KLM
(consolidated with 12-cv-02482)

LILIA E. GARCIA,

    Plaintiff,

v.

IRS, Internal Revenue Service,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with the **ORDER AFFIRMING AND ADOPTING RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** filed on July 16, 2013 by the Honorable Wiley Y. Daniel, United States District Judge, and incorporated herein by reference as if fully set forth,

IT IS THEREFORE

ORDERED that Magistrate Judge Mix's Recommendation [#124] filed March 22, 2013, is **AFFIRMED** and **ADOPTED**. As such, it is

FURTHER ORDERED that Garcia's Answer To Order To Show Cause And Motion To Request A Hearing [# 97] filed December 27, 2012, is **DENIED**. It is

FURTHER ORDERED that pursuant to FED. R. CIV. 41(b), Garcia's claims against the IRS are **DISMISSED WITH PREJUDICE** for failure to prosecute and failure to comply with court orders.

DATED at Denver, Colorado this 16th day of July, 2013.

                FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

                By: s/ Edward P. Butler
                Edward P. Butler, Deputy Clerk